### JAMES E. CLARK vs. JOSEPH T. WHITTLESEY.

Third Judicial District.

Argued June 14th—decided June 19th, 1900.

ACTION to recover for services as a broker, brought to the Court of Common Pleas in New Haven County and tried to court, *Bishop, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiff for alleged errors in the rulings of the court. *No error.*

*William H. Ely* and *James J. Buchanan*, for the appellant (plaintiff).

*James P. Pigott*, for the appellee (defendant).

PER CURIAM. There is no question of law presented by the record. The finding does not state ultimate facts at all. Evidential facts only are recited; and as the trial court has decided the issue in favor of the defendant this court is concluded thereby.